**Deny and Opinion Filed July 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00815-CV

## IN RE KEITH COLEMAN AND CEDAR CANYON RANCH & VENUE, Relators

**Original Proceeding Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-13-00345-2**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Bridges, and Justice Brown
Opinion by Justice Bridges

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to "dismiss without prejudice any and all orders and judgment" in this case and "issue an order dismissing without prejudice" the motion for summary judgment filed by real party in interest. Relators contend that the actions of the trial court were void. Mandamus relief is available if a trial court clearly abused its discretion by rendering a void order. *In re Sw. Bell Tel. Co.*, 35 S.W.3d 602, 605 (Tex. 2000) (orig. proceeding). Relators have not demonstrated that the trial court's orders were void. We deny the petition.

150815F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE